EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JOAQUÍN TELLECHEA, acusado y apelante.

No. 2753.—*Visto:* Enero 24, 1927. *Resuelto:* Julio 20, 1927.

SEGUROS—''CONTROL'' Y REGLAMENTACIÓN EN GENERAL—DELITOS POR AGENTES DE LOS ASEGURADORES—INFORMES FALSOS CON RELACIÓN A UNA SOLICITUD DE SEGURO.—Uno que, como agente de seguros, suministre un informe falso con el fin de obtener su comisión como tal agente, infringe la sección 54 de la Ley de Seguros No. 66 de 1921 (p. 523).

SENTENCIA de *Rafael Díaz Cintrón,* J. (Ponce), declarando culpable al acusado del delito de infracción al artículo 54 de la ley de seguros, sin costas. *Confirmada.*

*José R. Gelpí, Felipe Colón Díaz* y *J. Tous Soto,* abogados del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El apelante fué convicto de una infracción al artículo 54 de la Ley ''proveyendo lo necesario para la incorporación de compañías de seguros del país, para regular el negocio de seguros en Puerto Rico, y para otros fines,'' Leyes de 1921, pág. 523.

El artículo 54 de la citada ley, en lo pertinente a la cuestión aquí envuelta, dice así:

''Cualquier solicitante, agente, médico examinador, u otra persona, que, a sabiendas e intencionalmente, emitiera un informe falso, alterara o desfigurara la verdad de los hechos, o introdujera dato, o detalle alguno en una solicitud de seguro. o en un informe, o dictamen con relación a la misma, teniendo conocimiento de que ese dato o detalle no fuere cierto, con la premeditación de obtener honorarios, comisión, dinero u otros beneficios, será culpable de un delito menos grave . . .''

La denuncia en este caso dice así:

"El Fiscal del Distrito de Ponce, formula denuncia contra Joaquín Tellechea, por delito de Inf. al Art. 54 de la Ley de Seguros de Puerto Rico, de 1921, cometido de la manera siguiente:

"Allá por el mes de febrero de 1923, y con anterioridad a la presentación de esta denuncia, y en Ponce, P. R., que forma parte del Distrito Judicial de Ponce, P. R., ilegal, a sabiendas e intencionalmente y actuando como agente de la Compañía de Seguros de Vida 'The Manufacturers' Life Insurance Co.,' que es una corporación extranjera debidamente autorizada para hacer negocios en Puerto Rico, y en ocasión de haberse presentado a dicha corporación una solicitud de póliza por Carlos Juan Gerardino, el citado Joaquín Tellechea emitió, como tal agente, un informe falso con relación a la misma en el que desfiguró la verdad de los hechos haciendo constar que Carlos Juan Gerardino se encontraba en buen estado de salud, teniendo conocimiento de que el referido Carlos Juan Gerardino estaba en muy mal estado de salud y que padecía de tuberculosis pulmonar, con la premeditación de obtener, como obtuvo, una suma de dinero en concepto de comisión."

El alegato del apelante parece contener una copia *verbatim* del alegato de los apelantes en los casos Nos. 2754, *El Pueblo* v. *Gerardino,* y 2755, *El Pueblo* v. *Valedón,* los cuales acabamos de resolver. La contención del apelante no ha tenido la aprobación de la mayoría de los jueces de este Tribunal en los casos a que acabamos de hacer referencia; pero aún cuando la corte hubiese llegado a una conclusión distinta en cuanto a este extremo, una revocación en cualquiera de aquellos casos no habría afectado el resultado del presente.

En su argumentación, el apelante pasa por alto el hecho de que al acusado se le imputaba no el haber insertado información o detalles falsos en una solicitud de seguro, como en los casos anteriores, sino el haber suministrado un informe falso, como agente de la compañía, con el fin de obtener su comisión como tal agente.

*La sentencia apelada debe ser confirmada.*